UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHERINE THOMPSON-HULBERT, ) | CASE NO. C07-1071-JLR-MAT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER TO SHOW CAUSE FOR |
| MICHAEL J. ASTRUE, ) | FAILURE TO FILE ANSWER |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff filed a Declaration of Service upon defendant on August 3, 2007 (Dkt. 3), which indicates that an answer was due from defendant on or around October 5, 2007. To date, neither an answer nor a request for extension of the deadline to file an answer has been received by the court from defendant.

It is therefore ORDERED that defendant show cause, within fourteen (14) days of the filing of this order, why the court should not enter a judgment in favor of plaintiff. Alternatively, defendant may file his answer and administrative record within this time period, or file a motion for an extension of time in which to file an answer.

/ / /

ORDER TO SHOW CAUSE FOR
FAILURE TO FILE ANSWER
PAGE -1

The Clerk shall direct copies of this Order to counsel for plaintiff and defendant.

DATED this 13th day of November, 2007.

_____
Mary Alice Theiler
United States Magistrate Judge

ORDER TO SHOW CAUSE FOR
FAILURE TO FILE ANSWER
PAGE -2