UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHERINE THOMPSON-HULBERT, | CASE NO. C07-1071-JLR-MAT |
| Plaintiff, | |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ORDER STRIKING ORDER TO SHOW CAUSE |
| Defendant. | |

Plaintiff has filed an amended Certificate of Service indicating that service of the complaint on the U.S. Attorney's Office was not effected until October 4, 2007.   Though the amended certificate also indicates that August 2, 2007 (the date of service in the original Certificate) remains the effective date of service on the Commissioner, the U.S. Attorney's Office is the party that typically prepares the answer and files the administrative record. Therefore, the Court hereby STRIKES its previous Order to Show Cause and will consider December 6, 2007 (63-days from October 4) as the new deadline for filing the answer and administrative record.

DATED this 13th day of November, 2007.

Mary Alice Theiler
United States Magistrate Judge

ORDER STRIKING ORDER
TO SHOW CAUSE
PAGE -1